extension

__Darlene Joy Dantine__
Name

c/o Gerald Patterson
__1288 Capistrano Drive, SLC, UT 84116-1729__
Address
__801 953-0761__
Telephone

FILED
U.S. DISTRICT COURT
2018 AUG 24  D 3:10
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

__Darlene Joy Dantine__,
Plaintiff,

vs.

__Shores et al__
__Salt Lake City Corporation__
__Salt Lake County__
__State of Utah__,
Defendant(s).

Case No. __2:18-cv-00346 RJS-PMW__

M O T I O N

to/for __extension__

I, __Darlene Joy Dantine__, representing myself without a lawyer, move to/for __Request one-time extension ad hoc__ under the following statute(s)/rule(s) (if known) _____

for the following reason(s): __input compiled + penciled (hand-scribed) items list + subjectives in to electronic format (Acrobat and Word/excel) Rationale is twelve years of chaos is now in order. Also, 3 semesters of research of laws + three semesters "worth" of writing almost complete, layperson's academe,__

PS12 (06/09)                                              Non-Prisoner Motion

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, _Darlene Joy Dantine_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _Aug 24, 2018_, at _Salt Lake City_, Utah.

_djoydantine_
Signature

### Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at
(Opposing party or counsel)

_____ on _____.
(Address)                              (Date of mailing)

_____          _____
                                        Signature